IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:11CR00166-SA-JMV

LINO GAMEZ

## ORDER

**BEFORE THE COURT** is the motion [Doc. 23] of Defendant Lino Gamez for withdrawal of appointed counsel and substitution of retained counsel. For good cause shown, the motion is hereby **GRANTED**; and Gregory S. Park and the Federal Public Defender's Office are hereby relieved of all responsibility with respect to representing said defendant herein. William F. Travis, who has already made an appearance herein, is hereby substituted as counsel of record for Defendant Gamez.

**SO ORDERED** this 30th day of January, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE